UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-190-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| MICHAEL J. OVERTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>:    Uttering and Possessing Counterfeit State Securities

<u>Date of Detention Hearing</u>:    August 27, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant is charged with two counts of Uttering and Possessing Counterfeit State Securities, to wit, counterfeited State of Washington Employment Security Department checks.

2.      Defendant's past criminal history includes a number of state felony and misdemeanor charges and two federal felony charges. His record includes numerous failures to appear for hearing and to comply with probation, pretrial release, and supervised release. The AUSA advises that defendant attempted to flee by stealing an occupied car at the time of his arrest on the instant charges.

3.      Defendant is associated with eight alias names and two dates of birth. Defendant does not contest detention.

4.      Defendant poses a risk of nonappearance due to his history of failing to appear, a history of failing to comply with court orders, a history of failing to comply with supervision, an attempt to flee at the time of arrest, association with alias forms of identification and history of illegal substance use. Defendant poses a risk of danger due to criminal history which includes two prior federal convictions, and use of illegal substances.

5.      There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>27th</u> day of August, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                                                              15.13
18 U.S.C. § 3142(i)                                                                                          Rev. 1/91
PAGE 3